# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

LUIS DAVID BARAJAS IBARRA,      )
                                                 )

    Petitioner,                      )

v.                                    )      Case No. CIV-26-1529-D
                                               )

MARKWAYNE MULLINS, *et al.*,     )
                                               )

    Respondents.                 )

## <u>ORDER</u>

Before the Court is Petitioner's Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 3]. Petitioner is a citizen of Mexico who entered the United States in 2003. *Id.* at p. 5, 11. Petitioner was detained by the U.S. Immigration and Customs Enforcement (ICE) on June 4, 2026, and his removal proceedings are ongoing. *Id.* at p. 11. Petitioner is currently detained at the Diamondback Correctional Facility in Watonga, Oklahoma. *Id.* at p. 3.

Petitioner is detained pursuant to the mandatory detention provision contained in 8 U.S.C. § 1225(b)(2)(A). Petitioner alleges that he has not received a bond hearing since his re-detention by ICE. Petitioner seeks release from custody or, alternatively, a bond hearing pursuant to § 1226(a).

Although Respondents respectfully disagree with the Tenth Circuit's decision in *Santillan Quiroz v. Mullin*, No. 26-6019, --- F.4th---, 2026 WL 1876709 (10th Cir. June 30, 2026) (mandate pending), they concede that *Santillan Quiroz* controls this Court's decision in this habeas action.

Accordingly, § 1226(a) controls Petitioner's detention, and Petitioner is therefore entitled to a bond hearing. *See Santillan Quiroz*, 2026 WL 1876709, at *17 n.13 (directing district court to order the government to provide the petitioner a bond hearing within 7 days "[b]ecause [the petitioner] can properly be subject to detention under § 1226(a).").

**IT IS THEREFORE ORDERED** that the Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 3] is **GRANTED** in part as set forth herein. Respondents shall provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a), within 7 days of the date of this Order, or release Petitioner.[1] A separate judgment shall be entered.

**IT IS SO ORDERED** this 16th day of July, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

---

[1] Given this determination, the Court declines to address Petitioner's remaining claims at this time.

2